## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF OMAHA,** | ) | |
| **and SPC, INC., d/b/a** | ) | |
| **First National Merchant Solutions,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **8:08CV275** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MSN MERCHANT MARKETING, INC.,** | ) | |
| **d/b/a Merchant Services Network,** | ) | |
| **INNOVATIVE RESOURCE** | ) | |
| **ALLIANCE, INC., TENDERCORP., LLC,** | ) | |
| **MERCHANT BANKCARD SYSTEMS, LLC,** | ) | |
| **CALPIAN RESIDUAL PARTNERS III, LP,** | ) | |
| **and MERCHANT BUSINESS SOLUTIONS,** | ) | |
| **LLC, d/b/a Merchant Bankcard Systems,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the Suggestion of Bankruptcy (Filing No. 36).[1] The suggestion was filed on behalf of Innovative Resource Alliance, Inc., f/k/a MSN Merchant Marketing, Inc. and states these defendants filed a voluntary petition for Chapter 11 bankruptcy relief on September 9, 2008, in the United States Bankruptcy Court for the Southern District of Florida, West Palm Beach Division, Case No. 08-23071-BKC-PGH. Upon consideration,

  **IT IS ORDERED:**

  1.  Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

  2.  This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

---

[1]As a convenience, this document contains certain cross-document hyperlinks to documents previously filed. This document also contains links to the Nebraska local rules and legal citation from the federal reporters. The hyperlinked documents appear in blue underlined text. Except with regard to the local rules, access to the hyperlinked material is subject to fees pursuant to user agreements. The hyperlinks may be accessed without PACER fees by use of the public computer terminal in the Clerk's office.

3.     The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 12th day of September, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge